IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| AUBURN UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:09-cv-694-MEF |
| | ) | |
| INTERNATIONAL BUSINESS | ) | (WO) |
| MACHINES CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This cause is before the Court on two motions filed by Defendant International Business Machines, Corp. ("IBM") on September 30, 2010.  The first motion is IBM's Motion for Order Directing Auburn to Provide Adequate and Complete Final Infringement Contentions in Compliance with the Court's Scheduling Order ("Motion for Order").  (Doc. # 110).  The second is IBM's Motion for Leave to File Exhibit Under Seal ("Motion to Seal").  (Doc. # 113).  It is hereby ORDERED that the Motion to Seal, (Doc. # 113), is GRANTED.  It is further ORDERED that Plaintiff Auburn University shall show cause on or before **October 14, 2010** why the Motion for Order (Doc. # 110) should not be granted.  IBM shall have until **October 21, 2010** to file any reply it may wish to file.  The motion will be taken under submission on that day for determination without oral hearing.

DONE this the 7th day of October 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE