# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| AUBURN UNIVERSITY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:09-cv-694-MEF |
| | § | |
| INTERNATIONAL BUSINESS | § | |
| MACHINES CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## IBM'S MOTION FOR LEAVE TO FILE CONTINGENT MOTION TO STRIKE UNDER SEAL

In accordance with the Protective Order (Docket No. 68) entered in this case, IBM requests leave to file under seal an unredacted version of its Contingent Motion to Strike Portions of Dr. F. Joel Ferguson's Expert Report and to Exclude Any Testimony or Evidence Regarding the Doctrine of Equivalents ("Motion") and exhibits which contain information designated "Highly Confidential – Outside Attorneys' Eyes Only."  Redacted versions of IBM's Motion and exhibits are being filed concurrently with this motion.

IBM has conferred with Auburn, and Auburn has indicated that:  "Auburn has no objection to IBM's filing of confidential documents under seal pursuant to the Protective Order, but reserves the right to object or seek other relief based on its subsequent review of the confidential information and any associated filing(s) by IBM."

Under paragraph 18 of the Protective Order entered by the Court, all information that has been designated "Confidential" or "Highly Confidential – Outside Attorneys' Eyes Only" pursuant to the Protective Order must be filed with the Court under seal.  (*See* Docket No. 68 at ¶

18.)  The protected information must be submitted in a sealed envelope, and may not be revealed except by further Order of the Court or by agreement of the parties.  (*See id.*)

IBM's Motion seeks to strike portions of Dr. Ferguson's expert report and exclude testimony or evidence regarding the doctrine of equivalents for failure to comply with the Court's Amended Scheduling Order.  In discussing Auburn's prior contentions and Dr. Ferguson's report, IBM's Motion includes statements and references to material IBM has designated "Confidential" or "Highly Confidential – Outside Attorneys' Eyes Only."  For example IBM refers to portions of Dr. Ferguson's expert report, all of which has been designated Highly Confidential – Outside Attorneys' Eyes Only."  So that IBM can fully present its arguments regarding Auburn's infringement contentions and expert report, IBM respectfully requests leave from the Court to file its Motion and confidential exhibits under seal.

DATED: September 23, 2011

/s/ Ryan M. Hubbard
Mike Brock
Alabama State Bar No. 5280-b61r
mbrock@cov.com
F. Chadwick Morriss
Alabama State Bar No. 8504-s75f
cmorriss@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:  202-662-6000
Facsimile: 202-662-6291

Kenneth R. Adamo (admitted pro hac vice)
Illinois State Bar No. 0010405
kradamo@kirkland.com
KIRKLAND & ELLIS LLP
300 N. La Salle Dr.
Chicago, Illinois 60654-3406
Telephone:  312-862-2671
Facsimile:  312-862-2200

John A. Marlott (admitted pro hac vice)
Illinois State Bar No. 6230613
jamarlott@jonesday.com
Brent P. Ray (admitted pro hac vice)
Illinois State Bar No. 6291911
bpray@jonesday.com
Ryan M. Hubbard (admitted pro hac vice)
Illinois State Bar No. 6296777
rmhubbard@jonesday.com
JONES DAY
77 West Wacker Drive
Chicago, Illinois  60601-1692
Telephone:  312-782-3939
Facsimile:  312-782-8585

*Attorneys for Defendant,*
*IBM Corporation*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this the 23rd day of September, 2011.

*/s/ Brent P. Ray*