IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AUBURN UNIVERSITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:09-cv-694-MEF |
| | )   (WO – Do Not Publish) |
| INTERNATIONAL BUSINESS | ) |
| MACHINES, CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's Opposed Motion for Leave to File a Surreply (Doc. #389), it is hereby ORDERED that Defendant's Motion is GRANTED. Defendant shall file its surreply brief on or before **November 2, 2012**, at which point briefing on Plaintiff's Motion for Entry of Judgment Under Rule 54(b) (Doc. #382) shall be closed absent a showing of good cause.

DONE this the 30th day of October, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE