IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
AUBURN UNIVERSITY,             )
                               )
    Plaintiff,                 )
                               )     CIVIL ACTION NO.
    v.                         )       3:09cv694-MHT
                               )           (WO)
INTERNATIONAL BUSINESS         )
MACHINES, CORP.,               )
                               )
    Defendant.                 )
```

### JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 399), it is the ORDER, JUDGMENT, and DECREE of the court that this cause, including claims, crossclaims, and counterclaims, is dismissed in its entirety with prejudice and with the parties to bear their own costs.

It is further ORDERED that all pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of May, 2015.

                            /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**